IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-001923-RBJ-MEH

CHANTEL L. BLUNK,
MAXIMUS T. BLUNK, and
HAILEY M. BLUNK,

      Plaintiffs,

v.

CINEMARK HOLDINGS, INC, a Delaware corporation,
CINEMARK USA INC., a Texas corporation,
CENTURY THEATRES, INC., a California corporation, and
DOES 1 through 5, inclusive,

      Defendants.

---

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE

---

This matter comes before the Court on Plaintiff's Unopposed Motion to Consolidate

[ECF No. 9]. The Court, having reviewed the Motion and being otherwise advised in the

premises, **FINDS** good cause for consolidation of this case with the related cases for purposes of

discovery and motions practice. Accordingly, the Court **GRANTS** the Motion and **ORDERS**

that this case be consolidated with the following cases for purposes of discovery and motions

practice: *Traynom and Axelrod, 1:12-cv-02514; Nowlan, 1:12-cv-02517; Rosborough, Lumba,*

*Briscoe, Hoover, Boik and Duran, 1:12-cv-02687; Jackson, 1:12-cv-02704; Medek, 1:12-cv-*

*2705; Sullivan, 1:12-cv-2900; Spruel, 1:13-cv-00045; Gravelly, 1:13-cv-0046; Johnson and*

1

2

*Sweeney, 1:13-cv-00114; Golditch, 1:13-cv-01842; Moser, 1:13-cv-01995; Brooks, 1:13-cv-02060; and, Larimer, 1:13-cv-02239, Gallup, 1:13-cv-02988; Brooke Cowden, Kristina Cowden and Weston Cowden, 1:13-cv-02992, Stefan Moton, 1:13-cv-3316, and Marcus Weaver, 1:14-cv-1986.*

All motions, notices, and other filings related to the consolidated action shall be filed in the lowest-numbered case, *Traynom and Axelrod*, 1:12-cv-02514. Orders issued therein shall constitute the law of the case, applicable to all of the related cases consolidated through this order. Also, orders issued in *Traynom and Axelrod*, 1:12-cv-02514, prior to the date of this Order will apply equally to Plaintiffs Chantel L. Blunk, Maximus T. Blunk, and Hailey M. Blunk.

DATED this 1st day of August, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge

2